**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| I-O-T-L, INC.<br><br>      Plaintiff,<br><br>v.<br><br>STARR SURPLUS LINES INSURANCE COMPANY<br><br>      Defendant. | Civil Action No. 2:20-cv-14216-RLR |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
JOINT SCHEDULING REPORT**

Plaintiff, I-O-T-L-, INC., and defendant, Starr Surplus Lines Insurance Company, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby file the following joint motion for extension of time to file a joint scheduling report, and state as follows:

1. On June 29, 2020, I-O-T-L filed the instant lawsuit in this Court pursuant to 28 U.S.C. § 1332 (ECF No. 1).

1. On July 13, 2020, the Court entered an Order requiring the Parties to file a joint scheduling report "[w]ithin two weeks of (1) the date upon which any one defendant appears in this action or (2) the rendition of this Order, whichever is later." (ECF No. 7).

2. On July 21, 2020, Starr appeared in this action and filed a Motion to Dismiss based on *forum non conveniens*. (EFC No. 9).

3. The joint scheduling report is therefore due on August 4, 2020.

4. Federal Rule of Civil Procedure 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or

without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . . ."

5. In light of Starr's pending motion to dismiss, which may obviate the need for further litigation before this Court, the parties believe that a brief extension of the deadline to file a joint scheduling report would serve the interests of the parties and the Court by promoting judicial efficiency and conserving time and resources.

6. The Parties therefore respectfully request an extension of time by which to file their joint scheduling report, to ten days following a decision on Starr's Motion to Dismiss.

7. The Parties submit that good cause exists for this extension, and that the relief requested will not affect any other deadline set forth in the Court's July 13, 2020 Order.

8. Furthermore, this motion is being made in good faith and not for any undue purpose of delay.

**WHEREFORE**, I-O-T-L, INC. and Starr Surplus Lines Insurance Company respectfully request an extension to file a joint scheduling report in the instant matter, to ten days following the Court's decision on Starr's Motion to Dismiss.

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), the Parties certify that they conferred with respect to the matters addressed herein and file this motion jointly.

Respectfully submitted,

| HARTLEY LAW OFFICES, PLC | MOUND COTTON WOLLAN & GREENGRASS LLP |
|---|---|
| /s/ *Timothy M. Hartley* | */s/ Perry R. Goodman* |
| Timothy M. Hartley, Esq. (Fla. Bar No. 979066)<br>12 SE Seventh Street, Suite 610<br>Fort Lauderdale, Florida 33301<br>Tel. (954) 357-9973<br>Fax. (954) 357-2275<br>hartley@hartleylaw.net<br><br>*Counsel for Plaintiff* | Perry R. Goodman, Esq. (Fla. Bar No. 50778)<br>110 E. Broward Blvd., Suite 1580<br>Fort Lauderdale, FL 33301<br>Tel. (954) 467-5800<br>Fax (954) 467-5880<br>pgoodman@moundcotton.com<br><br>Costantino P. Suriano, Esq. (*pro hac vice* forthcoming)<br>Samuel B. Weiss, Esq. (*pro hac vice* forthcoming)<br>One New York Plaza, 44th Floor<br>New York, NY 10004<br>csuriano@moundcotton.com<br>sweiss@moundcotton.com<br>Tel. (212) 804-4200<br>Fax  (212) 344-8066<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF:


By: */s/ Perry R. Goodman*
Perry R. Goodman, Esq. (Fla. Bar No. 50778)
pgoodman@moundcotton.com

## SERVICE LIST

Timothy Maze Hartley, Esq.
Hartley Law Offices, PLC
12 SE Seventh Street
Suite 610
Fort Lauderdale, FL 33301
954-357-9973
Fax: 954-357-2275
Email: hartley@hartleylaw.net